In the Matter of the Judicial Settlement of the Accounts of
          CHARLES WEHRHANE et al., as Executors, etc.

(Argued October 12, 1888; decided October 26, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made March 9, 1886, which reversed a decree of the surrogate
of the county; so far as it adjudged a certain legacy con-
tained in the will of the testator to be void, declared said
legacy valid, and directed its payment.

*Wheeler H. Peckham* for appellant.

*Stanley W. Dexter* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., not voting.
Judgment affirmed.

———————

HANNAH E. HIVES, Administratrix, etc., Respondent, *v.* THE
    BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued October 12, 1888; decided October 26, 1888.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made at the
November Term, 1886, which affirmed a judgment in favor
of plaintiff, entered upon a verdict, and affirmed an order
denying a motion for a new trial.

*Samuel D. Morris* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.